BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA IBARRA and CARLO ALVAREZ,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY FAMILY PRACTICE, SUTTER TRACY COMMUNITY MEDICAL CENTER, AUTHER E. ADAMS, M.D., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-03433 MCE-KJN<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT; ORDER THEREON**<br><br>**[42 U.S.C. §§ 233, 28 U.S.C .§ 2679(d)]** |

I, David Shelledy, Chief of the Civil Division of the Office of the United States Attorney for the Eastern District of California, acting pursuant to the provisions of 42 U.S.C. § 233 and 28 U.S.C .§ 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.4 and by the United States Attorney, hereby certify and attest that:

1. I have read the complaint and other documents in this action; and

2. On the basis of the information now available with respect to the incidents referred to in the complaint, attachments, and amendments thereto, Tracy Family Practice, which is operated by Community Medical Centers, Inc., is deemed an employee of the Public Health Services and so are entitled to the official immunity of the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680, pursuant to provisions of the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233. Tracy

1  Family Practice is deemed eligible by operation of law for the official immunity of employees of the
2  United States acting within the scope of their employment at the time of the alleged incidents giving
3  rise to the complaint.  This certification, by operation of the cited statutes, effects the substitution of the
4  United States of America as the proper party defendant in lieu of the Tracy Family Practice, which
5  should be dismissed pursuant to its official immunity.

                                     Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

Date: December 17, 2010                    */s/ David Shelledy*  (original signature filed, DE 3)
                              By:   DAVID SHELLEDY
                                        Chief, Civil Division

## ORDER

14       This matter came before the Court on the Certification of Scope of Federal Employment filed by
15  the United States Attorney's Office for the Eastern District of California.  Pursuant to the Federal Tort
16  Claims Act, 28 U.S.C., §§ 2671-2680, and the provisions of the Federally Supported Health Centers
17  Assistance Act of 1992, 42 U.S.C. § 233,
18       IT IS HEREBY ORDERED THAT the United States of America is SUBSTITUTED as the
19  proper party defendant in place of defendant Tracy Family Practice.
20       IT IS FURTHER ORDERED THAT Tracy Family Practice is DISMISSED as a party from the
21  case pursuant to its official immunity under the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680.
22       IT IS SO ORDERED.

Dated:  January 13, 2011

                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE